Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19−11724−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gloria Arcila
   119 Garfield Place
   Totowa, NJ 07512

Social Security No.:
   xxx−xx−5633

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 02/04/2019 and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 04/03/2019 and a confirmation hearing on the Modified Plan is scheduled for 5/8/2019 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 4, 2019
JAN: dlr

> Jeanne Naughton
> Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-11724-SLM
Gloria Arcila                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2               Date Rcvd: Apr 04, 2019
                              Form ID: 186              Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
```
db            +Gloria Arcila,    119 Garfield Place,    Totowa, NJ 07512-2547
cr           ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,      P.O. Box 62180,
               Colorado Springs, CO   80962)
517993242     +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
517993247     +Crestwood Park Condominiums,     520 Newark Pompton Turnpike # 404,
               Pompton Plains, NJ 07444-1764
517993249     +Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
517993250     +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
517993244    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: Ccs/first Savings Bank,      500 East 60th St North,
               Sioux Falls, SD 57104)
518154316     +Federal Home Loan Mortgage Corp. Trustee (See 410),     c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,     Highlands Ranch, Colorado 80129-2386
517993251     +Ford Motor Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
518078079     +LendingClub Corporation,     595 Market Street,    Suitem200,    San Francisco, CA 94105-2807
517993253     +Mercury Card/fb&t/tsys,     Po Box 84064,    Columbus, GA 31908-4064
517993254     +Mercury/fbt,    Po Box 84064,    Columbus, GA 31908-4064
517993256     +Ok Student Loan Authority,     525 Central Park Dr Ste,    Oklahoma City, OK 73105-1723
517993257     +Ryan Gentile,    110 Jericho Turnpike,    Suite 100,    Floral Park, NY 11001-2019
517993258     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
517993259     +Specialized Loan Servicing,     8742 Lucent Blvd - Suite 300,    Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2019 00:16:25      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2019 00:16:21       United States Trustee,
               Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 00:22:45      Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517993243      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 05 2019 00:22:14       Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
517993245     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 05 2019 00:16:03       Comenitybank/wayfair,
               Po Box 182789,    Columbus, OH 43218-2789
517993246     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 05 2019 00:16:02       Comenitybk/westelm,
               Po Box 182789,    Columbus, OH 43218-2789
518009933      E-mail/Text: mrdiscen@discover.com Apr 05 2019 00:15:12      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
517993248     +E-mail/Text: mrdiscen@discover.com Apr 05 2019 00:15:12      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
518159432      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 05 2019 00:23:05       LVNV Funding, LLC,
               Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
517993252     +E-mail/Text: bk@lendingclub.com Apr 05 2019 00:16:53      Lending Club Corp,    71 Stevenson,
               San Francisco, CA 94105-2985
518074227      E-mail/Text: bkr@cardworks.com Apr 05 2019 00:14:53      MERRICK BANK,
               Resurgent Capital Services,     PO Box 10368,    Greenville, SC 29603-0368
517993255     +E-mail/Text: bkr@cardworks.com Apr 05 2019 00:14:53      Merrick Bank Corp,    Po Box 9201,
               Old Bethpage, NY 11804-9001
518151859      E-mail/Text: bnc-quantum@quantum3group.com Apr 05 2019 00:16:13
               Quantum3 Group LLC as agent for,     Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
517993260     +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 00:23:30      Syncb/pc Richard,    Po Box 965036,
               Orlando, FL 32896-5036
517996647     +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2019 00:22:08      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Apr 04, 2019
                              Form ID: 186             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for
               the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-2 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as
               Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-2
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Ryan L. Gentile    on behalf of Debtor Gloria  Arcila rlg@lawgmf.com,
               rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```