| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Gloria Arcila<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5633<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–11724–SLM | |

## Order of Discharge                                                                                                   12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gloria Arcila

3/11/22                                                          **By the court:** <u>Stacey L. Meisel</u>
                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-11724-SLM |
| Gloria Arcila | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 11, 2022 | Form ID: 3180W | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gloria Arcila, 119 Garfield Place, Totowa, NJ 07512-2547 |
| cr | ++ | OSLA STUDENT LOAN SERVICING, ATTN EMILY WRIGHT, 525 CENTRAL PARK DRIVE, SUITE 600, OKC OK 73105-1706 address filed with court:, OSLA/U.S. Department of Education, PO Box 4278, Portland, OR 97208-4278 |
| 517993242 | + | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 517993247 | + | Crestwood Park Condominiums, 520 Newark Pompton Turnpike # 404, Pompton Plains, NJ 07444-1764 |
| 518154316 | + | Federal Home Loan Mortgage Corp. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517993256 | ++ | OSLA STUDENT LOAN SERVICING, ATTN EMILY WRIGHT, 525 CENTRAL PARK DRIVE, SUITE 600, OKC OK 73105-1706 address filed with court:, Ok Student Loan Authority, 525 Central Park Dr Ste, Oklahoma City, OK 73105 |
| 517993257 | + | Ryan Gentile, 110 Jericho Turnpike, Suite 100, Floral Park, NY 11001-2019 |
| 517993259 | + | Specialized Loan Servicing, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2022 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2022 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bankruptcydocs@osla.org | Mar 11 2022 20:14:00 | OSLA/U.S. Department of Education, PO Box 4278, Portland, OR 97208-4278 |
| 517993243 | | EDI: CAPITALONE.COM | Mar 12 2022 01:08:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518170356 | + | EDI: AIS.COM | Mar 12 2022 01:08:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517993245 | + | EDI: WFNNB.COM | Mar 12 2022 01:08:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 517993246 | + | EDI: WFNNB.COM | Mar 12 2022 01:08:00 | Comenitybk/westelm, Po Box 182789, Columbus, OH 43218-2789 |
| 517993249 | + | EDI: CITICORP.COM | Mar 12 2022 01:08:00 | Dsnb Bloom, 9111 Duke Blvd, Mason, OH 45040 |
| 517993250 | + | EDI: CITICORP.COM | Mar 12 2022 01:08:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 518165794 | | EDI: Q3G.COM | Mar 12 2022 01:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518009933 | | EDI: DISCOVER.COM | Mar 12 2022 01:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517993248 | + | EDI: DISCOVER.COM | Mar 12 2022 01:08:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: 3180W | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 517993244 | | Email/Text: BNSFS@capitalsvcs.com | Mar 11 2022 20:14:00 | Ccs/first Savings Bank, 500 East 60th St North, Sioux Falls, SD 57104 |
| 518308844 | | EDI: FORD.COM | Mar 12 2022 01:08:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517993251 | + | EDI: FORD.COM | Mar 12 2022 01:08:00 | Ford Motor Credit, Po Box Box 542000, Omaha, NE 68154-8000 |
| 518579087 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2022 20:21:04 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518579086 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2022 20:20:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518159432 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2022 20:20:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517993252 | + | Email/Text: bk@lendingclub.com | Mar 11 2022 20:14:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 518078079 | + | EDI: LENDNGCLUB | Mar 12 2022 01:08:00 | LendingClub Corporation, 595 Market Street, Suitem200, San Francisco, CA 94105-2807 |
| 518074227 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2022 20:20:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517993253 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 11 2022 20:14:00 | Mercury Card/fb&t/tsys, Po Box 84064, Columbus, GA 31908-4064 |
| 517993254 | + | Email/Text: Mercury@ebn.phinsolutions.com | Mar 11 2022 20:14:00 | Mercury/fbt, Po Box 84064, Columbus, GA 31908-4064 |
| 517993255 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 11 2022 20:20:51 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517993256 | | Email/Text: bankruptcydocs@osla.org | Mar 11 2022 20:14:00 | Ok Student Loan Authority, 525 Central Park Dr Ste, Oklahoma City, OK 73105 |
| 518163547 | | EDI: PRA.COM | Mar 12 2022 01:08:00 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518168015 | | EDI: PRA.COM | Mar 12 2022 01:08:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 518151859 | | EDI: Q3G.COM | Mar 12 2022 01:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518168718 | + | Email/Text: bncmail@w-legal.com | Mar 11 2022 20:14:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517993258 | + | EDI: CITICORP.COM | Mar 12 2022 01:08:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 517993260 | + | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Syncb/pc Richard, Po Box 965036, Orlando, FL 32896-5036 |
| 518544064 | + | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517996647 | + | EDI: RMSC.COM | Mar 12 2022 01:08:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 11, 2022 | Form ID: 3180W | Total Noticed: 39 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2018-2 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Ryan L. Gentile | on behalf of Debtor Gloria Arcila rlg@lawgmf.com rlgentile82@gmail.com;gmf@lawgmf.com;sp@lawgmf.com;firm@lawgmf.com;jemhardt@lawgmf.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6